**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

VS CASE NO. 3:16cr80/MCR

JAMES J. SCHELTEMA

**AMENDED NOTICE**

TAKE NOTICE that the proceeding in this case has been continued as indicated below:

| | | | |
|---|---|---|---|
| Place: | Arnow Federal Building<br>100 North Palafox Street<br>Pensacola, FL 32502 | | |
| Courtroom: | Courtroom II (2nd Floor) | | |
| New Date: | June 21, 2017 | Previous Date: | April 10, 2017 |
| New Time: | 1:00 PM | Previous Time: | 3:00 PM |
| Time Allotted: | 1 hour* | | |
| Type of Proceeding: | Sentencing Hearing before the<br>Honorable M. Casey Rodgers, Chief Judge | | |

***NOTE: If you or any party, witness or attorney in this matter has a disability that requires special accommodation, such as a hearing impairment that requires a sign-language interpreter or a wheelchair restriction that requires ramp access, please contact the Clerk's office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.***

JESSICA J. LYUBLANOVITS,
CLERK OF COURT

March 7, 2017
DATE

s/ Susan Simms
Deputy Clerk: Susan Simms

Copies to:
Honorable M. Casey Rodgers
David Goldberg, AUSA
Sean Wagner, Esquire
US Marshal
US Probation
Court Security

Note: * Should additional time be needed, please notify the court.